IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Green, Heman N | Case Number: 07 B 06885 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 2/5/08 | Filed: 4/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 30, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,740.00 |  |
| Secured: |  | 374.28 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,484.00 |
| Trustee Fee: |  | 163.15 |
| Other Funds: |  | 718.57 |
| Totals: | 3,740.00 | 3,740.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 2,484.00 |
| 2. | Bank Of New York | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | NorthStar Credit Union | Secured | 3,005.00 | 374.28 |
| 5. | Bank Of New York | Secured | 6,000.00 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 3,884.17 | 0.00 |
| 7. | Internal Revenue Service | Priority | 44,358.02 | 0.00 |
| 8. | Illinois Dept Of Employment Sec | Priority | 2,754.80 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 26.02 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 1,403.79 | 0.00 |
| 11. | City Of Chicago | Unsecured | 138.89 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 1,085.05 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 147.00 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 48.14 | 0.00 |
| 15. | Jefferson Capital | Unsecured | 157.80 | 0.00 |
| 16. | Commonwealth Edison | Unsecured | 350.01 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 1,162.53 | 0.00 |
| 18. | Credit Union One | Unsecured | 224.55 | 0.00 |
| 19. | Quality Aluminum Products | Unsecured | 729.80 | 0.00 |
| 20. | Jefferson Capital | Unsecured | 46.62 | 0.00 |
| 21. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 22. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 23. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 24. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 25. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Green, Heman N | | Case Number: 07 B 06885 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 2/5/08 | | Filed: 4/17/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Ohio Dept Of Revenue | Priority | | No Claim Filed |
| 27. | CBCS | Unsecured | | No Claim Filed |
| 28. | Danley Lumber | Unsecured | | No Claim Filed |
| 29. | Credit Management Co. | Unsecured | | No Claim Filed |
| 30. | AFNI | Unsecured | | No Claim Filed |
| 31. | Dental Collection Firm Inc | Unsecured | | No Claim Filed |
| 32. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 33. | South Shore Hospital | Unsecured | | No Claim Filed |
| 34. | Premier Credit | Unsecured | | No Claim Filed |
| 35. | Nationwide Cassel | Unsecured | | No Claim Filed |
| 36. | Verizon Wireless | Unsecured | | No Claim Filed |
| 37. | Verizon Wireless | Unsecured | | No Claim Filed |
| 38. | Verizon Wireless | Unsecured | | No Claim Filed |
| | | | $ 68,006.19 | $ 2,858.28 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 163.15 |
| | $ 163.15 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____